### R. G. Frazier v. The State.

No. 10305. Delivered June 2, 1926.

**Transporting Intoxicating Liquor—On Motion of Appellant — Appeal Dismissed.**

Appellant having filed his affidavit, advising the court that he does not longer desire to prosecute his appeal, in compliance with his request the appeal is dismissed.

Appeal from the District Court of Bell County. Tried below before the Hon. Lewis H. Jones, Judge.

Appeal from a conviction for transporting intoxicating liquor, penalty one year in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Robert M. Lyles,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for transportation of intoxicating liquor, punishment being fixed at one year in the penitentiary.

Appellant has filed his affidavit advising the court that he does not longer desire to prosecute the appeal, and in compliance with his request the appeal is ordered dismissed.

*Dismissed.*